■ THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v KLEVER SAILEMA, Defendant. [968 NYS2d 385]—Application by the defendant for a writ of error coram nobis seeking leave to file a late notice of appeal from a judgment of the Supreme Court, Queens County, rendered September 9, 2009.

Ordered that the application is denied.

The defendant has not established his entitlement to the relief requested (*see People v Syville*, 15 NY3d 391 [2010]). Rivera, J.P., Skelos, Chambers and Austin, JJ., concur.